THE STATE, EX REL. REESE, *v.* TUSCARAWAS COUNTY BOARD OF ELECTIONS ET AL.

(No. 40075—Decided April 8, 1966.)

*Messrs. Sani & Barnhouse, Messrs. Patrick, Patrick & Lehigh* and *Mr. Daniel T. Lehigh,* for relator.

*Mr. Harlan R. Spies,* prosecuting attorney, *Mr. James R. Thomas, Mr. William B. Saxbe,* attorney general, and *Mr. Charles S. Lopeman,* for respondents.

*Per Curiam.* The relator has failed to comply with statutory requirements as to his petition for candidate. The action of the board of elections in rejecting the petition was not an abuse of discretion or contrary to law. The writ of mandamus is denied.

*Writ denied.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.